UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   06-139 M |
| v. ) | 06-5134 M |
| ) | |
| KENNETH PATRICK MACDONALD, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offense charged:

     Bank Robbery, in violation of Title 18, U.S.C., Section 2113(a).

Date of Detention Hearing: September 13, 2006

     The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Doug Whalley for Bruce Miyake. The defendant was represented by Thomas Hillier.

     <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     (1)  The instant offense involves several bank robbery and robbery attempts involving a stolen car and a firearm. Due to the nature and seriousness of the crime, release of the defendant would pose a risk of danger to the community.

     (2)  The defendant stipulates detention at this time.

DETENTION ORDER
PAGE -1-

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge