|   |   |
|---|---|
| | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH McDONALD,<br><br>Defendant. | CASE NO. CR01-0291-JCC<br>CR01-0311-JCC<br>CR07-0046-JCC<br><br>ORDER |

The Court, being familiar with the records and files herein, and having considered the stipulated motion of the parties, (*see* CR01-0291-JCC, Dkt. No. 41; CR01-0311-JCC, Dkt. No. 32; CR07-0046-JCC, Dkt. No. 43), hereby GRANTS the motions and ORDERS that **supervised release under cause numbers CR01-0291-JCC, CR01-0311-JCC, and CR07-0046-JCC is TERMINATED.** Going forward, Defendant shall be supervised under only one cause number, CR07-0317-JCC.

DATED this 6th day of July, 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE